UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTONIO RIOS,

    Defendant-Movant,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.
_____/

Case No. 1:19-cv-527

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated:   July 23, 2024                  /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge